**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-583**

---

In Re: LEROY ROBINSON,

Petitioner.

---

On Petition for Writ of Mandamus.  (CR-89-215-A)

---

Submitted:  August 29, 1997          Decided:  November 4, 1997

---

Before WILKINS and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Leroy Robinson, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Leroy Robinson filed this petition for a writ of mandamus seeking to compel the district court to respond to his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997), and several motions filed under Fed. R. Crim. P. 35. To obtain mandamus relief, a petitioner bears the heavy burden of showing that he has no other adequate avenues of relief and that his right to the relief sought is clear and indisputable. Mallard v. United States Dist. Court, 490 U.S. 296, 308-09 (1989). The district court has no record of any pleadings filed after Robinson's judgment of conviction and appeal therefrom, and Robinson failed to produce evidence that he in fact filed any such pleadings. Because Robinson has failed to show he has a clear right to the relief requested, we deny the mandamus petition. We have confidence that if Robinson now files his action in the district court, that court will take prompt action. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2